# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BRENDA RICE                                                                                        PLAINTIFF

V.                                                 CIVIL ACTION NO. 1:22-cv-003-MPM-RP

UNUM LIFE INSURANCE COMPANY OF AMERICA              DEFENDANT

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Unum Life Insurance Company of America for the defendant incorrectly named in the complaint as Unum Group. The court finds the request is well taken and should be **GRANTED**. Unum Life Insurance Company of America is substituted as the defendant in place of Unum Group. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings. The answer filed on behalf of Unum Group shall serve as the answer of Unum Life Insurance Company of America.

       **SO ORDERED,** this the 1st day of March, 2022.

                                                   /s/ Roy Percy
                                                   UNITED STATES MAGISTRATE JUDGE