IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BRENDA RICE                                                                                          PLAINTIFF

V.                                                               CIVIL ACTION NO. 1:22-cv-003-MPM-RP

UNUM LIFE INSURANCE COMPANY OF AMERICA                                    DEFENDANT

CASE MANAGEMENT ORDER

The undersigned conducted a case management conference with counsel for the parties on this date. This order, including all deadlines, has been established with the participation of all parties and can be modified only by order of the court on a showing of good cause.

Therefore, it is ORDERED as follows:

1. The plaintiff brings this action under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq*. (ERISA) for recovery of benefits allegedly due under an "employee welfare benefit plan" as defined by that Act. As such, the decision will be based on the administrative record and the parties' motions for judgment on the record. No discovery will be permitted unless specifically authorized by the court.

2. This case is set for non-jury trial beginning on March 27, 2023 at 9:30 a.m. in Oxford, Mississippi before United States District Judge Michael Mills.

3. The pretrial conference is set on February 24, 2023 at 10:00 a.m. in Oxford, Mississippi before United States Magistrate Judge Roy Percy.

4. Motions for joinder of parties or amendments to the pleadings must be filed by March 31, 2022.

5. Defendant must file the administrative record under seal on or before March 11, 2022 by emailing an electronic copy of the administrative record, along with a copy of this order, to the Clerk at ECF_information@msnd.uscourts.gov. **The Clerk is directed to docket the**

**administrative record and to seal it from public access only, with CM/ECF access permitted to the litigants' counsel.** Plaintiff will have until March 25, 2022 to object to the completeness or contents of the administrative record as filed by Defendant. Any such objection(s) must be in the form of a motion to supplement the administrative record with certain identified documents or things and/or a motion to strike certain identified documents or things from the administrative record.

6. Any motion for leave to conduct discovery must be filed by April 1, 2022. Any such motion must include the movant's proposed written discovery request(s) and must identify any proposed deponent(s) as well as the subject matter(s) of the proposed deposition questioning.

7. Any motion for leave to designate a retained expert witness and/or to present evidence outside the administrative record must be filed by July 1, 2022.

8. All dispositive motions must be filed by August 15, 2022.

9. A settlement conference with the undersigned magistrate judge will be conducted on July 19, 2022 at 2:00 p.m. in Oxford, Mississippi.

SO ORDERED, this the 1st day of March, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE