# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BRENDA RICE                                                                          PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:22CV03 M-P

UNUM LIFE INSURANCE COMPANY OF AMERICA                          DEFENDANT


## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT


The court has been advised by counsel that this action has been settled or is in the process

of being settled.   Therefore, it is not necessary that the action remain upon the calendar of the

court.

It is ORDERED that the action is DISMISSED without prejudice.  The court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that

settlement has not been completed and further litigation is necessary.

This the 19th day of July 2022.


  /s/ MICHAEL P. MILLS
  SENIOR U. S. DISTRICT JUDGE
  NORTHERN DISTRICT OF MISSISSIPPI